UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL ENSLEY,

    Plaintiff,

v.                                                   CASE NO. 3:16cv713-MCR-HTC

GENE'S WRECKER SERVICE, INC.,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 4, 2019. ECF No. 38. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The clerk is directed to enter an amended default judgment in favor of plaintiff for $17,359 in compensatory damages and $50,000 in punitive damages, for a total of $67,359.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of March 2019.

                                              s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**